UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GLOBAL RAINMAKERS, INC.,

                Plaintiff,

       -against-                                   08 Civ. 11379 (LAK)

SARNOFF CORPORATION,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 4/8/09

### ORDER

LEWIS A. KAPLAN, *District Judge.*

       Defendant's motion to dismiss the complaint [docket item 10] is denied as moot in light of the filing of an amended complaint.

       SO ORDERED.

Dated:      April 8, 2009

                                                     _____
                                                       Lewis A. Kaplan
                                                  United States District Judge